■ In the Matter of SPECIALTY RESTAURANTS, INC., Doing Business as CRAWDADDY'S RESTAURANT, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, on Behalf of ALICIA REESE and Others, Respondent.

(Proceeding Transferred by Order of Supreme Court, Erie County, Francis, J.—Executive Law § 298.) Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ.